IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| DENNIS J. GRILLO,<br>        Plaintiff<br><br>vs.<br><br>NORTH CAROLINA SCHOOL OF THE ARTS<br>and THE UNIVERSITY OF NORTH CAROLINA,<br>        Defendants | )<br>)<br>)<br>)   Civil Action No. 1:05 CV 00489<br>)<br>)<br>)<br>) |

---

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

It is stipulated by the parties hereto, acting through their respective counsel, that Plaintiff hereby voluntarily dismisses this action against all Defendants with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure and further pursuant to term number II.B.2. of the "Settlement Agreement" executed by the parties on March 6 and 13, 2006.

Date: 3-9-06

*William B. Gibson* (signature)

William B. Gibson, Attorney for Plaintiff
8 West Third Street, Suite 610
Winston-Salem, NC 27101
(336)722-6851
State Bar # 8284

Date: 3-13-06

(signature)

Mr. John R. Scherer, Assistant Attorney General
N.C. Dept. of Justice -- Attorney for Defendants
P.O. Box 629
Raleigh, NC 27602-0629
(919) 716-6920
State Bar # 19259